REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL BANTON;<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; and DOES 1-10 inclusive.<br><br>　　　　　　Defendants. | Case No. 1:19−CV−00928−DAD−JLT<br><br>**ORDER DENYING WITHOUT PREJUDICE STIPULATION TO EXTEND THE DEADLINE FOR A RESPONSIVE PLEADING IF PLAINTIFF FILES AN AMENDED COMPLAINT**<br>**(Doc. 20)** |

The parties have stipulated to allow the defendant an extended period *in the event* the plaintiff decides to file an amended complaint. (Doc. 20) They report that the defense wants time to investigate any new claims and for the parties to discuss the matter before the defense files its answer. Id. The parties do not report what the nature of the new facts or how much time is needed to evaluate them. Id. Thus, the stipulation is DENIED without prejudice. If the plaintiff files an amended complaint and if the defense needs time to evaluate it, the defense can seek an extension at that time.

IT IS SO ORDERED.

Dated: __**December 12, 2019**__　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE