UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL BANTON;<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; and DOES 1-10 inclusive.<br><br>    Defendants. | Case No. 1:19−CV−00928−DAD−JLT<br><br>**[PROPOSED] ORDER GRANTING STIPULATION EXTENDING TIME FOR DEFENDANT WELLS FARGO BANK, N.A. TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

### [PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFORE, the Court orders that the time for Defendant Wells Fargo Bank, N.A. to respond to Plaintiff Daryl Banton's First Amended Complaint be continued to, up to and including, January 16, 2020.

IT IS SO ORDERED.

Dated: **December 23, 2019**          **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE