UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL BANTON;<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO BANK, N.A.; and DOES 1-10 inclusive.<br><br>　　　　　Defendants. | Case No. 1:19−CV−00928−DAD−JLT<br><br>**[~~PROPOSED~~] ORDER GRANTING SECOND STIPULATION EXTENDING TIME FOR DEFENDANT WELLS FARGO BANK, N.A. TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(Doc. 26)** |

　　　GOOD CAUSE APPEARING THEREFORE, the Court orders that the time for Defendant Wells Fargo Bank, N.A. to respond to Plaintiff Daryl Banton's First Amended Complaint be continued to, up to and including, February 17, 2020.

IT IS SO ORDERED.

　　Dated: __**January 15, 2020**__　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE