UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL BANTON;<br><br>        Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK, N.A.; and DOES 1-10 inclusive.<br><br>        Defendants. | Case No. 1:19-CV-00928-DAD-JLT<br><br>**ORDER GRANTING IN PART STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br>**(Doc. 29)** |

     This case was filed originally in the Kern County Superior Court on May 30, 2019 (Doc. 1 at 11-79) Without filing a responsive pleading, the defendant removed the action to this Court on July 5, 2019 (Doc. 1-10). Soon thereafter, the defense filed a motion to dismiss, but the Court granted leave to amend the complaint in certain respects. (Doc. 19) The plaintiff filed the amended complaint (Doc. 22) on December 18, 2019, but the defense has sought and received two stipulations to allow it additional time to respond to the complaint (Docs. 23-24, 26-27). The deadline for the responsive pleading is February 17, 2020 (Doc. 27).

     Now before the Court is a stipulation to continue the scheduling conference more than 60 days because the parties are having settlement discussions. (Doc. 29) There is no showing how 60 additional days will influence these discussions or how this time will be spent. Because this case is 10 months old, the parties have had a significant amount of time to decide whether the case can settle without discovery and the desire to discuss this issue, while admirable, does not establish good

cause for the requested extension of time.  Given this Court's judicial emergency and its ever-growing backlog, it cannot allow cases to languish.  Thus, the stipulation is **DENIED in PART**.  Because the joint scheduling conference statement is due tomorrow, and it is likely the parties have not drafted it, the Court will **CONTINUE** the scheduling conference to **March 20, 2020 at 9:00 a.m.**  The joint scheduling report SHALL be filed **no later than March 13, 2020**.

IT IS SO ORDERED.

Dated:   **February 12, 2020**              **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE